UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:11 CR 75 |
| | ) | |
| BRIAN REIDER | ) | |

## OPINION and ORDER

In light of defendant's recent request for appointment of counsel, which was granted by Magistrate Judge Cherry (DE # 95), the court **STRIKES** defendant's *pro se* motion to withdraw plea of guilty (DE # 75) and motion to supplement the same (DE # 94). Newly appointed counsel is free to file any motion he deems necessary in accordance with his professional judgment.

                         **SO ORDERED.**

Date: May 15, 2015

                              s/ James T. Moody
                              JUDGE JAMES T. MOODY
                              UNITED STATES DISTRICT COURT